092317

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

# United States District Court

NOV 09 2005

DISTRICT OF RHODE ISLAND

US MARSHALS RHODE ISLAND

UNITED STATES OF AMERICA

V.

JUAN DESIDERIO RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 1:05-M-137 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN DESIDERIO RODRIGUEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY BY A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| DAVID L. MARTIN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | Providence, Rhode Island |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
arrested by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/09/2005 | CJ Wyant SDUSM | Chad Wyant |
| DATE OF ARREST 11/18/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.